# Exhibit C

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-375-647**
**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 19, 2023

## Title

Title of Work: COUPLE GHOST

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: January 01, 2022
Nation of 1st Publication: China

## Author

- Author: Lele Zhang
  Author Created: 2-D artwork
  Citizen of: China

## Copyright Claimant

Copyright Claimant: Lele Zhang
No. 155, Dongxin Rd., Gongshu District, Hangzhou, Zhejiang, 310000, China

## Rights and Permissions

Name: Lele Zhang

## Certification

Name: Justin Lampel
Date: October 13, 2023

Page 1 of 1

**Registration #:** VA0002375647
**Service Request #:** 1-13089645041

Justin Lampel
555 Skokie Blvd., Suite 500
Northbrook, IL 60062 United States