# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-375-634**
Effective Date of Registration:
October 13, 2023
Registration Decision Date:
December 19, 2023

## Title

**Title of Work:** Wearing Ring in Heart

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 01, 2022
**Nation of 1st Publication:** China

## Author

- **Author:** Lele Zhang
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Lele Zhang
No. 155, Dongxin Rd., Gongshu District, Hangzhou, Zhejiang, 310000, China

## Rights and Permissions

**Name:** Lele Zhang

## Certification

**Name:** Justin Lampel
**Date:** October 13, 2023

Page 1 of 1

Registration #: VA0002375634
Service Request #: 1-13089684997



Justin Lampel
555 Skokie Blvd., Suite 500
Northbrook, IL 60062 United States