# Exhibit G





Free Shipping On Orders Over $79.99

# Custom Embroidered Couple Ghost Sweatshirt

**$29.90** ~~$59.90~~ Save 50%

1572 sold

COUPON 20% off 15% off 10% off

**Style :** T-shirt

T-shirt | Sweatshirt | Hoodie

**Size :**

XS | S | M | L | XL | 2XL | 3XL | 4XL

**T-shirt Color :**

**Add Text on Sleeve? :**

**Choose Thread Color :**

Production Style :

Embroidery    Printing

Giftbox :

NO.
THANKS

Quantity

−   1   +

Add to cart  –  $29.90

Buy now

✓ Guaranteed safe & secure checkout via:

VISA    PayPal    mastercard    AMERICAN EXPRESS    McAfee SECURE    Apple Pay

👁  82 people are viewing this right now

Only **49** item(s) left in stock!

✓ Buy 2 Get 10% OFF CODE [FA10]

✓ Buy 3 Get 15% OFF CODE [FA15]

✓ Buy 4 Get 20% OFF CODE [FA20]

## Description                                                                      ⌃

### The most sentimental gift ever for your beloved

Love is in the air! Give your loved one the most sentimental gift they could ever receive. An embroidered crewneck/hoodie has never looked so good. Whether it's a photo of you and family, your lover or best friend, or another person in your life, this embroidered crewneck is sure to bring smile to the face of the lucky recipient.

**Size Chart**

### Create in Three Easy Steps

1.**Upload your photo** :   Upload a photo and choose your preferred style (We have different colors, styles, etc.).



**2.Hand-draw your photo：  Your photo is hand drawn with a lot of attention to detail.**



**Note: You can choose full color or outline style and you can add text below if you want**



**3 : Embroidered onto sweatshirt/hoodie** :   We start embroidering on clothes with computerized embroidery machines, which are very advanced and professional embroidery machines that can achieve high speed, high efficiency and also fine embroidery.



• **Care:**
Wash item inside out in cold water, do not bleach, do not dry clean, do not iron directly on the design. Tumble dry low.

**Our Guarantee:**

We truly believe that we offer some of the most innovative and inspirational products in the world, and we want to make sure we back it up with a risk-free ironclad 90-day guarantee.



If you don't have a positive experience for ANY reason, contact us and we will make sure that ALL your concerns are addressed and you leave 100% satisfied and smiling

We have 24/7 Ticket and Email Support. Please contact us via e-mail or our contact form if you need assistance we're here for you.

Our service mailbox: **Firegemssgl@outlook.com**

## 4 GREAT REASONS TO BUY FROM US



## Customer Reviews

Here are what our customers say.

No reviews yet, why don't you leave the first review?

Write a Review

## You may also like



**Save 58%**

Embroidered Custom Sweatshirt Portr...
★★★★½(103)
**From** $29.99 ~~$71.80~~



**Save 50%**

EMBROIDERED Custom Lock And Key Co...
**From** $29.90 ~~$59.90~~



**Save 50%**

Customized Couple Embroidered Pictur...
**From** $29.90 ~~$59.90~~



**Save 50%**

Custom Embroidered Portrait Sweatsh...
**From** $29.90 ~~$59.90~~

---

**FIREGEMSS**

About Us

Contact Us

Track Your Order

FAQ

**SUPPORT**

Shipping info

Return Policy

Privacy Policy

Terms Of Service

Payment Method

INTELLECTUAL PROPERTY RIGHTS

**We accept**

AMEX  Apple Pay  Mastercard  PayPal

VISA

**Contact us**

✉ Email us

💬 Firegemssgl@outlook.com

© 2024 Custom Embroidered | Mother's Day | Firegemss

🇺🇸 US (USD $) ⌄

English ⌄

Free Shipping On Orders Over $79.99

# Firegemss

Home    Happy Mothers' Day    Father's Day    Custom Baseball    Mamasaurus    Wood Sign    Mom's Flower Shadow Box    Embroidery



## Couple Memorial Gift Sweatshirt

**$29.90** ~~$59.90~~ Save 50%

1534 sold

🎟 **COUPON**        20% off  15% off  10% off  >

**Style** : T-shirt

| T-shirt | Sweatshirt | Hoodie |

**Size :**

| XS | S | M | L | XL | 2XL | 3XL | 4XL |

**T-shirt Color :**

**Add your roman numerals date :**

[                                                                    ]

**Add Text on Sleeve? :**



**Choose Thread Color :**

White Silver Beige Brown Black Pink Purple Yellow Orange

Red Light green Forest green Light blue Blue Navy

**Giftbox :**

NO. THANKS

**Quantity**

−  1  +

**Add to cart － $29.90**

**Buy now**

🛡 Guaranteed safe & secure checkout via:

VISA    PayPal    mastercard    AMERICAN EXPRESS    McAfee® SECURE    Apple Pay

👁 **25 people are viewing this right now**

Only **28** item(s) left in stock!

⊘ Buy 2 Get 10% OFF CODE [FA10]

⊘ Buy 3 Get 15% OFF CODE [FA15]

⊘ Buy 4 Get 20% OFF CODE [FA20]

## Description    ^

### The most sentimental gift ever for your beloved

Love is in the air! Give your loved one the most sentimental gift they could ever receive. An embroidered crewneck/hoodie has never looked so good. Whether it's a photo of you and family, your lover or best friend, or another person in your life, this embroidered crewneck is sure to bring smile to the face of the lucky recipient.

### Size Chart

### Create in Three Easy Steps

1.**Upload your photo**:   Upload a photo and choose your preferred style (We have different colors, styles, etc.).



**2.Hand-draw your photo： Your photo is hand drawn with a lot of attention to detail.**



**Note: You can choose full color or outline style and you can add text below if you want**



**3 : Embroidered onto sweatshirt/hoodie** :   We start embroidering on clothes with computerized embroidery machines, which are very advanced and professional embroidery machines that can achieve high speed, high efficiency and also fine embroidery.



• **Care:**
Wash item inside out in cold water, do not bleach, do not dry clean, do not iron directly on the design. Tumble dry low.

**Our Guarantee:**

We truly believe that we offer some of the most innovative and inspirational products in the world, and we want to make sure we back it up with a risk-free ironclad 90-day guarantee.



If you don't have a positive experience for ANY reason, contact us and we will make sure that ALL your concerns are addressed and you leave 100% satisfied and smiling

We have 24/7 Ticket and Email Support. Please contact us via e-mail or our contact form if you need assistance we're here for you.

Our service mailbox: Firegemssgl@outlook.com

## 4 GREAT REASONS TO BUY FROM US



## Customer Reviews

Here are what our customers say.

No reviews yet, why don't you leave the first review?

Write a Review

## You may also like









**Embroidered Custom Sweatshirt Portr...**
★★★★½(103)
From $29.99 $71.80

**Customized Couple Embroidered Pictur...**
From $29.90 $59.90

**Personalized Heart And Puzzle Couple ...**
From $29.90 $59.90

**Custom Embroidered Couple Ghost Sw...**
From $29.90 $59.90



**FIREGEMSS**

About Us

Contact Us

Track Your Order

FAQ

**SUPPORT**

Shipping info

Return Policy

Privacy Policy

Terms Of Service

Payment Method

INTELLECTUAL PROPERTY RIGHTS

**We accept**

AMEX  Apple Pay  Mastercard  PayPal

VISA

**Contact us**

✉ Email us

💬 Firegemssgl@outlook.com

© 2024 Custom Embroidered | Mother's Day | Firegemss

🇺🇸 US (USD $) ⌄

English ⌄

8/19/2023                                                                                                              Was this review helpful?    👍  0

S      **sarcole**
       ⭐⭐⭐⭐⭐
Super super soft and cute! And it's HUGE!

8/19/2023                                                                                                              Was this review helpful?    👍  0

C      **Ciana Miller**
       ⭐⭐⭐⭐⭐
Super comfy blanket and my friend loved the gifts.

8/16/2023                                                                                                              Was this review helpful?    👍  0

N      **Nancy**
       ⭐⭐⭐⭐⭐
The blanket is beautiful and so soft! My friend will love it!!

8/15/2023                                                                                                              Was this review helpful?    👍  0

                                       ⏮  ‹  1  ›  ⏭

## Recently viewed



SALE

Halloween Sweatshirt,
Halloween Sweater,
Happy Halloween, Retro
Spooky Season, Ghost
Sweatshirt,Halloween
Dog Sweatshirt,Ghost
Dog Shirt
from $36.99   $69.99
Save $33.00

## You may also like

5/17/24, 12:29 PM

Personalized Bestie Blanket, Friend Long Distance Blanket, Custom Friendship Blankets, Gift for Best Friend, Friendship Gift

**SALE** 

**SALE** 

**SALE** 

**SALE** 





Personalized Friendship Blanket

★★★★★ (17)

from $37.99   $71.99

Save $34.00



Best Friends Photo Blanket, Custom Blanket, Blanket For Bestie, Gift For Friends, Custom Sisters Names Gift

from $39.99

Personalized Football Blanket, Football Player Soft Cozy Sherpa Fleece Throw Blankets, Custom Football Gift for Dad, Husband, Boyfriend, Son

from $37.99   $79.99

Save $42.00



Personalized Mom Blanket, Mom Letter Blanket, Gift For Mom, Mom Birthday Gift, Gifts For Her

from $27.99   $55.99

Save $28.00

Personalised Till Death Do Us Part Couple Skull Skeleton Blanket

from $34.99   $69.99

Save $35.00

Mom's Garden is Her Children Customized Mom Blanket

from $49.99   $89.99

Save $40.00





**PRICACY & POLICIES**

Shipping Policy

Return Policy

Refund Policy

Privacy policy

Terms & Conditions

**CUSTOMER SERVICE**

Contact Us

Track Order

How To Pay

INTELLECTUAL PROPERTY RIGHTS

**COMPANY INFO**

About Us

COVID-19

Size Guide

✉ Email us

**FOLLOW US**

f

**WE ACCEPT**

© 2024 Mytopcustom  Shipping Policy   Return Policy   Refund Policy   Privacy policy   Terms & Conditions

Personalized Bestie Blanket, Friend Long Distance Blanket, Custom Friendship Blankets, Gift for Best Friend, Friendship Gift

 MYTOP CUSTOM

HOME    WHAT'S NEW    🔥 HOT SALE    ❤️CUSTOM SWEATSHIRT GIFTS    MORE LINKS



Personalized Bestie Blanket, Friend Long Distance Blanket, Custom Friendship Blankets, Gift for Best Friend, Friendship Gift
★★★★☆ (9) View

$71.99   $37.99   Save $34.00

🎫 COUPON          [20% off] [15% off] [10% off]  ›

**COLOR - PINK**

**SIZE**
40 x 50"    50 x 63"    60 x 75"

Custom name#1 :
eg: Jessica

Home Style#1 :

Custom name#2 :
eg: Sofia

Home Style#2 :

**QUANTITY**
−  1  +

ADD TO CART - $37.99

BUY IT NOW

## Cards For You



| 3D Flower Hollow... | 3D Flower Hollow... | 3D Flower Hollow... | Poem Mothers... | 3D Flower Hollow... |
|---|---|---|---|---|
| $9.99 | $9.99 | $9.99 | $4.99 | $9.99 |
| $16.99 | $16.99 | $16.99 | | $16.99 |
| Quick Shop | Quick Shop | Quick Shop | Quick Shop | Quick Shop |

Free Shipping Over $69!

Well Packaged

Sustainably Made

Secure Payments

---

### DESCRIPTION                                                                    ⌃

🎁【Best Gifts for Friends】The "Wish You Lived Next Door" on the blanket expresses your care and thoughts. Ideal as a birthday, graduation, moving, Mother's Day, Valentine's Day, Christmas gift for sister, best friend, mom, grandma and other important people.

👭【Unique Friendship/Birthday Gift for Women】A gift that will surprise and touch a friend or family member. Thousands of miles do not change your love. Chic pattern design. High quality printing process, the pattern will not fade easily.



❤ FLEECE BLANKET
- Thickness 0.6 cm
- Fabric Weight: 230 GSM
- Lightweight, thin, luxurious, cozy, super-soft ideal for snuggling

Halloween Sweatshirt, Halloween Sweater, Happy Halloween, Retro Spooky Season, Ghost Sweatshirt,Halloween Dog Sweatshirt,Ghost Dog Shirt



HOME   WHAT'S NEW   🔥 HOT SALE   💝CUSTOM SWEATSHIRT GIFTS   MORE LINKS

### Halloween Sweatshirt, Halloween Sweater, Happy Halloween, Retro Spooky Season, Ghost Sweatshirt,Halloween Dog Sweatshirt,Ghost Dog Shirt

~~$69.99~~   $36.99   Save $33.00

COUPON    20% off   15% off   10% off

**STYLE**

Crewneck    Hoodie

**SIZE**

Unisex XS    Unisex S    Unisex M    Unisex L    Unisex XL

Unisex 2XL

**Choose Color :**

**QUANTITY**

−   1   +

ADD TO CART - $36.99

BUY IT NOW

## Cards For You

| 3D Flower Hollow... | 3D Flower Hollow... | 3D Flower Hollow... | Poem Mothers... | 3D Flower Hollow... |
|---|---|---|---|---|
| $9.99 ~~$16.99~~ | $9.99 ~~$16.99~~ | $9.99 ~~$16.99~~ | $4.99 | $9.99 ~~$16.99~~ |

Quick Shop    Quick Shop    Quick Shop    Quick Shop    Quick Shop

🌐  Free Shipping Over $69!

📦  Well Packaged

🏷️  Sustainably Made

🔒  Secure Payments

---

**DESCRIPTION**                                                                                      ⌃

Halloween Sweatshirt, Halloween Sweater, Happy Halloween, Retro Spooky Season, Ghost Sweatshirt,Halloween Dog Sweatshirt,Ghost Dog Shirt

Welcome to Mytopcustom!

Size & Colors;
For size and color options, please look at listing images.

Material:
-55% Cotton, 45% Polyester, medium weight and soft touch.

Usually runs true size.
DTF printing method is used for these sweatshirts.

**HOW TO ORDER**:
**1**. Please, check and review listing photos.
**2**. Select Your Sweatshirt or Hoodie size and color from drop down menus.
3. Choose Your Quantity you want.
**4**. Click **ADD TO CART**. Go to your card and finish your order.

CARE INSTRUCTIONS:
Turn the sweatshirt or hoodie inside out.
Machine wash cold with mild detergent.
Tumble dry very low.
Do not use bleach.
Do not iron directly on design.

## Customer Reviews

No reviews yet. Be the first to review this product.

Write a Review

## Recently viewed



Personalized Bestie
Blanket, Friend Long
Distance Blanket,
Custom Friendship
Blankets, Gift for Best
Friend, Friendship Gift

★★★★★ (9)

from $37.99   $71.99
Save $34.00

  +1

## You may also like



Halloween Embroidered
Cute Ghost Sweatshirt

$36.99   $79.99   Save $43.00

  +17



Stay Spooky Sweatshirt,
Halloween Sweatshirt,
Halloween Gift Hoodie,
Womens Halloween
Sweatshirt, Spooky
Season Shirt, Ghost
Halloween

from $36.99   $69.99
Save $33.00





Halloween Embroidered
Cat Ghost Sweatshirt

★★★★★ (3)
from $36.99   $69.99
Save $33.00

+2



Puff Spooky Vibes
Halloween Sweatshirt

from $36.99   $69.99
Save $33.00



Halloween Embroidered
Pumpkin Faces
Sweatshirt

from $36.99   $69.99
Save $33.00

Retro Halloween Custom
Mama Sweatshirt and
Hoodie

★★★★★ (4)
from $36.99   $69.99
Save $33.00



Halloween Sweatshirt, Halloween Sweater, Happy Halloween, Retro Spooky Season, Ghost Sweatshirt,Halloween Dog Sweatshirt,Ghost Dog Shirt



PRICACY & POLICIES

Shipping Policy

Return Policy

Refund Policy

Privacy policy

Terms & Conditions

CUSTOMER SERVICE

Contact Us

Track Order

How To Pay

INTELLECTUAL PROPERTY RIGHTS

COMPANY INFO

About Us

COVID-19

Size Guide

Email us

FOLLOW US

WE ACCEPT

© 2024 Mytopcustom  Shipping Policy  Return Policy  Refund Policy  Privacy policy  Terms & Conditions