THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>FIREGEMSS AND MYTOPCUSTOM,<br><br>Defendants. | Civil Action No.: 1:24-cv-04103<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF LIANG SUN

I, Liang Sun, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am a representative of Defendant Mytopcustom ("Mytopcustom" or "Defendant"), and as such, I have personal knowledge regarding Defendant's sales. I make this declaration from my personal knowledge unless otherwise stated.

3. Attached as Exhibit A are true and correct copies of the webpages to Amazon.com showing prior art.

4. Attached as Exhibit B are true and correct copies of the webpages to Shutterstock.com showing prior art.

1

5. Attached as Exhibit C are true and correct copied of the webpages to https://web.archive.org showing when Plaintiff's websites publishing and selling the alleged works occurred.

6. Attached as Exhibit D are true and correct copies of the webpages to Shutterstock.com showing prior art.

7. Below is a true and correct screenshot of Mytopcustom's sales of the allegedly infringing products:

| Order information | Product Name | Color | Size | Custom information | total cost | quantity |
|---|---|---|---|---|---|---|
| 1033598-00194403 | Personalized Bestie Blanket, Friend L | Light Blue | 60 x 75" | {"Custom name#1":"Panou","Home Style#1":"6","Custom name#2":"Shoplazza","Home Style#2":"9"} | 57.99 | 1 |
| 1033598-00194303 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"iris","Home Style#1":"2","Custom name#2":"sophie","Home Style#2":"7"} | 37.99 | 1 |
| 1033598-00194162 | Halloween Sweatshirt, Halloween Sv | Crewneck | Unisex M | {"Choose Color":"Navy"} | 36.99 | 1 |
| 1033598-00194162 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Ada","Home Style#1":"1","Custom name#2":"Anna","Home Style#2":"2"} | 37.99 | 1 |
| 1033598-00079810 | Personalized Bestie Blanket, Friend L | Green | 60 x 75" | {"Custom name#1":"Buttercup ","Home Style#1":"2","Custom name#2":"Chicken Butt ","Home Style#2":"4"} | 57.99 | 1 |
| 1033598-00078353 | Personalized Bestie Blanket, Friend L | Green | 50 x 63" | {"Custom name#1":"MONA","Home Style#1":"2","Custom name#2":"NEGRIS","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00065483 | Personalized Bestie Blanket, Friend L | Royal Blue | 60 x 75" | {"Custom name#1":"The Kromers","Home Style#1":"8","Custom name#2":"The Parkers","Home Style#2":"10"} | 57.99 | 1 |
| 1033598-00051213 | Personalized Bestie Blanket, Friend L | Royal Blue | 40 x 50" | {"Custom name#1":"Lisa ","Home Style#1":"12","Custom name#2":"Shannon ","Home Style#2":"5"} | 37.99 | 1 |
| 1033598-00034844 | Personalized Bestie Blanket, Friend L | Green | 50 x 63" | {"Custom name#1":"Lisha","Home Style#1":"12","Custom name#2":"Brandy","Home Style#2":"1"} | 46.99 | 1 |
| 1033598-00035749 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Emma","Home Style#1":"1","Custom name#2":"Danielle","Home Style#2":"12"} | 37.99 | 1 |
| 1033598-00035158 | Halloween Sweatshirt, Halloween Sv | Crewneck | Unisex L | {"Choose Color":"Green"} | 36.99 | 1 |
| 1033598-00025695 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Chas","Home Style#1":"2","Custom name#2":"Krista","Home Style#2":"5"} | 37.99 | 1 |
| 1033598-00023852 | Personalized Bestie Blanket, Friend L | Green | 60 x 75" | {"Custom name#1":"Bella ","Home Style#1":"5","Custom name#2":"Alexandra ","Home Style#2":"9"} | 115.98 | 2 |
| 1033598-00023288 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Emma","Home Style#1":"1","Custom name#2":"Ms. Lauren","Home Style#2":"12"} | 37.99 | 1 |
| 1033598-00013177 | Personalized Bestie Blanket, Friend L | Pink | 50 x 63" | {"Custom name#1":"Lizeth","Home Style#1":"5","Custom name#2":"Tanya ","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00013168 | Personalized Bestie Blanket, Friend L | Pink | 50 x 63" | {"Custom name#1":"Lizeth ","Home Style#1":"5","Custom name#2":"Tanya ","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00010106 | Personalized Bestie Blanket, Friend L | Light Blue | 40 x 50" | {"Custom name#1":"Andrea","Home Style#1":"1","Custom name#2":"Melissa","Home Style#2":"5"} | 37.99 | 1 |
| 1033598-00009739 | Personalized Bestie Blanket, Friend L | Green | 60 x 75" | {"Custom name#1":"Wooten","Home Style#1":"4","Custom name#2":"Bates","Home Style#2":"5"} | 57.99 | 1 |
| 1033598-00002913 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Darlene ","Home Style#1":"12","Custom name#2":"Marcie","Home Style#2":"1"} | 37.99 | 1 |
| 1033598-00002250 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Kerrin","Home Style#1":"2","Custom name#2":"Teri","Home Style#2":"4"} | 37.99 | 1 |
| 1033598-00002084 | Personalized Bestie Blanket, Friend L | Green | 50 x 63" | {"Custom name#1":"Cheryl","Home Style#1":"1","Custom name#2":"Karen","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00001932 | Personalized Bestie Blanket, Friend L | Light Blue | 60 x 75" | {"Custom name#1":"Megan","Home Style#1":"12","Custom name#2":"Rosie","Home Style#2":"4"} | 57.99 | 1 |
| 1033598-00001829 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Linsey","Home Style#1":"9","Custom name#2":"Ainslie","Home Style#2":"11"} | 37.99 | 1 |
| 1033598-00001694 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Camilla","Home Style#1":"6","Custom name#2":"Melita","Home Style#2":"10"} | 37.99 | 1 |
| 1033598-00001497 | Personalized Bestie Blanket, Friend L | Light Blue | 40 x 50" | {"Custom name#1":"Sachi ","Home Style#1":"10","Custom name#2":"Sarah","Home Style#2":"2"} | 37.99 | 1 |
| total value | | | | | 1170.74 | |

8. There is a total 23 units of sales of the allegedly infringing products, for a total amount of $1170.74.

9. The current restrained amount is at $184,914.14.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 18th day of July, 2024, in Xi'An, China.

Respectfully submitted,

/s/ Liang Sun
Liang Sun