# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>FIREGEMSS AND MYTOPCUSTOM,<br><br>Defendants. | Civil Action No.: 1:24-cv-04103<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF TIANYOU DAI

I, Tianyou Dai, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am a representative of Defendant Firegemss ("Firegemss" or "Defendant"), and as such, I have personal knowledge regarding Defendant's sales. I make this declaration from my personal knowledge unless otherwise stated.

3. Attached as Exhibit A are true and correct copies of the webpages to Amazon.com showing prior art.

4. Attached as Exhibit B are true and correct copies of the webpages to Shutterstock.com showing prior art.

5. Attached as Exhibit C are true and correct copied of the webpages to https://web.archive.org showing when Plaintiff's websites publishing and selling the alleged works occurred.

6. Attached as Exhibit D are true and correct copies of the webpages to Shutterstock.com showing prior art.

7. Below is a true and correct screenshot of Firegemss' sales of the allegedly infringing products:

| Order Information | Product Name | Style | Customized information | Product Price | Quantity sold |
|---|---|---|---|---|---|
| 1007580-00063277 | Couple Memorial Embroidery Gift Sweatshirt | T-shirt | on Sleeve |$3.99","_mimikyu_price_Add Text on Sleeve?":"3.99","Add Text on Sleeve": | 41.88 | 1 |
| 1007580-00057731 | Custom Embroidered Couple Ghost Sweatshirt | T-shirt | lue","Add Text on Sleeve?":"No.thanks","Choose Thread Color":"White","Production Sty | 29.9 | 1 |
| 1007580-00056574 | Custom Embroidered Couple Ghost Sweatshirt | Sweatshirt | ey","Add Text on Sleeve?":"No.thanks","Choose Thread Color":"Brown","Production Styl | 39.9 | 1 |
| 1007580-00046582 | Couple Memorial Embroidery Gift Sweatshirt | Sweatshirt | 'Add your roman numer":"20190802","Add Text on Sleeve?":"No.thanks","Choose Threa | 39.9 | 1 |
| 1007580-00046582 | Custom Embroidered Couple Ghost Sweatshirt | T-shirt | No.thanks","Choose Thread Color":"Beige","Production Style":"Embroidery |$2.99","_mi | 32.89 | 1 |
| 1007580-00028916 | Custom Embroidered Couple Ghost Sweatshirt | Hoodie | 5","Add Text on Sleeve":"His baby❤ ","Choose Thread Color":"Blue","Production Style' | 83.58 | 1 |
| 1007580-00028916 | Custom Embroidered Couple Ghost Sweatshirt | Hoodie | _Add Text on Sleeve?":"6.75","Add Text on Sleeve":"Her baby❤ ","Choose Thread Colo | 72.79 | 1 |

Total Value 340.84 USD

8. There is a total 7 units of sales of the allegedly infringing products, for a total amount of $340.84.

9. The current restrained amount is at $47,871.55.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 18th day of July, 2024, in Xi'An, China.

Respectfully submitted,


/s/ Tianyou Dai
Tianyou Dai