THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LELE ZHANG,**<br><br>Plaintiff,<br><br>v.<br><br>**FIREGEMSS AND MYTOPCUSTOM,**<br><br>Defendants. | **Civil Action No.: 1:24-cv-04103**<br><br>**Honorable Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney representing Defendant Firegemss and Defendant Mytopcustom (collectively "Defendants"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2. Attached as **Exhibit 1** is the true and correct screenshot of the source code of: https://www.mycutia.com/products/happy-halloween-retro-spooky-season-ghost-sweatshirt-cs-gg05826d9b11e0-aa54-4a44-9deb-b8f9282e44d2-2021-10-21. The source code was obtained on Safari -> Develop -> Show Web Inspector. As seen in **Exhibit 1**, the alleged product listing page clearly shows a creation date of 07/26/2024, a publication date of 07/26/2024, and an update date of 07/30/2024. Further, Plaintiff specifically includes "2021-10-21" in their own self-made URL title so the plain look of the URL would appear

1

to support their fictitious publication date. Further, this URL shows no "No reviews yet. Be the first to review this product."

3. Attached as **Exhibit 2** are true and correct screenshots of Dkt. No. 36-6. When hovering a mouse over the red text and highlighted areas, nothing on the screen pops up (pages 1 and 3). When hovering a mouse over the highlighted text, an edit box appears (page 2).

4. Attached as **Exhibit 3** is a true and correct screenshot of Dkt. No. 36-6. This screenshot shows an edit button, confirming Plaintiff's ability to change its listing image, product, text, etc..

5. Attached as **Exhibit 4** is the true and correct screenshot of the source code of: https://www.mycutia.com/products/couple-customized-memorial-picture-sweatshirt72164e2d-6d17-49a9-ad29-f5be2a0343a3-2021-12-01. The source code was obtained on Safari -> Develop -> Show Web Inspector. As seen in **Exhibit 4**, the alleged product listing page clearly shows a creation date of 07/26/2024, a publication date of 07/26/2024, and an update date of 07/30/2024. Further, Plaintiff specifically includes "2021-12-01" in their own self-made URL title so the plain look of the URL would appear to support their fictitious publication date. Further, this URL shows no "No reviews yet. Be the first to review this product."

6. Attached as **Exhibit 5** is the true and correct screenshot of the source code of: https://www.mycutia.com/products/personalized-bestie-blanket-friend-long-distance-blanket-custom-friendship-blankets-gift-for-best-friend-hm-ww0342ccc344f7-78c9-460b-8aee-1f80bc092fe0-2021-11-28. The source code was obtained on Safari -> Develop -> Show Web Inspector. As seen in **Exhibit 5**, the alleged product listing page clearly shows a creation date of 07/26/2024, a publication date of 07/26/2024, and an

update date of 07/30/2024. Further, Plaintiff specifically includes "2021-11-28" in their own self-made URL title so the plain look of the URL would appear to support their fictitious publication date. Further, this URL shows no "No reviews yet. Be the first to review this product."

7. Attached as **Exhibit 6** is the true and correct screenshot of the source code of: https://www.mycutia.com/products/couple-ghost-embroidered-sweatshirt-custom-name-halloween-ghost-crewneck-boo-embroidered-sweatshirt-couple-sweatshirt-hoodieb7e57376-06e9-4293-8f39-528f0a131b2a-2021-11-03. The source code was obtained on Safari -> Develop -> Show Web Inspector. As seen in **Exhibit 6**, the alleged product listing page clearly shows a creation date of 07/26/2024, a publication date of 07/26/2024, and an update date of 07/30/2024. Further, Plaintiff specifically includes "2021-11-03" in their own self-made URL title so the plain look of the URL would appear to support their fictitious publication date. Further, this URL shows no "No reviews yet. Be the first to review this product."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2024 in Chicago, Illinois

/s/ Ge (Linda) Lei
Ge (Linda) Lei
