# IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG,<br><br>              Plaintiff,<br><br>    v.<br><br>FIREGEMSS AND MYTOPCUSTOM,<br><br>              Defendants. | Case No.: 1:24-cv-04103<br><br>Honorable Judge Georgia N. Alexakis<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**
**TO PLAINTIFF'S COMPLAINT**

Defendant Firegemss and Defendant mytopcustom (collectively "Defendants"), through their undersigned counsel, and in accordance with this Court's direction [57, 61], file this Amended Counterclaim III.

# COUNTERCLAIMS

Counterclaim Plaintiffs Firegemss and mytopcustom ("Counterclaim Plaintiffs") alleges as follows against Counterclaim Defendant Lele Zhang ("Counterclaim Defendant").

## INTRODUCTION

1. Counterclaim Plaintiffs are business entities operating out of the People's Republic of China. Counterclaim Plaintiffs each own and operate an Internet Store selling many different products, including textiles.

2. Upon information and belief based solely on Paragraph 1 of the Complaint as pled by Plaintiff, Counterclaim Defendant is an individual residing in Zhejiang, China.

## JURISDICTION AND VENUE

3. Counterclaim Plaintiffs incorporate by reference Paragraphs 1–2 above.

4. This Court has jurisdiction over Counterclaim Plaintiffs' counterclaims under 28 U.S.C. § 1367 because they are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy.

5. Counterclaim Defendant has consented to the personal jurisdiction of this Court at least by commencing its action in this District, as set forth in its Complaint.

6. Based solely on Plaintiff's original filing of this action, venue is proper in this District pursuant to at least 28 U.S.C. §§ 1391.

## COUNTERCLAIM I – DECLARATION OF INVALIDITY

7. Counterclaim Plaintiffs incorporate and reallege the allegations of paragraphs 1-6 of the counterclaims.

8. Counterclaim Plaintiffs bring this action for declaratory judgment of invalidity of U.S. Copyrights VA 2-375-647; VA 2-375-634; VA 2-375-641; and VA 2-375-636 ("Alleged Copyrights").

9. Counterclaim Defendant has alleged that Counterclaim Plaintiffs have infringed the Alleged Copyrights. Counterclaim Plaintiffs have denied the allegations.

10. The Alleged Copyrights are invalid pursuant to 17 U.S.C. 102 because the Alleged Copyrights are not original works of authorship created by Counterclaim Defendant.

11. Based on information and belief, the Alleged Copyrights are published in the public domain by third parties before Counterclaim Defendant's alleged first publication date of the Alleged Copyrights.

12. Based on information and belief, the Alleged Copyrights are within the public domain and not subject to copyright protection by Counterclaim Defendant. For example, Alleged Copyright VA 2-375-634 is a stock image found on Shutterstock ([https://www.shutterstock.com/image-vector/line-art-bride-groom-couple-love-2120184212](https://www.shutterstock.com/image-vector/line-art-bride-groom-couple-love-2120184212)) created by a different individual.

13. The Alleged Copyrights are common words, phrases, facts, shapes, and/or symbols that are not entitled to copyright protection.

14. Upon information and belief, Counterclaim Defendant had actual or constructive knowledge of the prior publications of the Alleged Copyrights when filing for copyright protection of the Alleged Copyrights at the United States Copyright Office.

15. Upon information and belief, Counterclaim Defendant falsified the alleged first publication dates of the Alleged Copyrights to the United States Copyright Office.

**COUNTERCLAIM II – UNFAIR COMPETITION**

16. Counterclaim Plaintiffs incorporate and reallege the allegations of paragraphs 1-15 of the counterclaims.

17. Counterclaim Plaintiffs are seeking to compete with Counterclaim Defendant in the U.S. market for textiles. Counterclaim Defendant's exclusionary conduct as alleged herein—whether or not such conduct constitutes a violation of the Sherman Act—has unreasonably interfered with Counterclaim Plaintiffs' ability to compete in that market, is not protected by any privilege, and constitutes unfair competition in violation of the common law of the State of Illinois.

18. As a direct and proximate result of Counterclaim Defendant's exclusionary conduct in violation of the common law of the State of Illinois, Counterclaim Plaintiffs have been injured and financially damaged in their business and property in an amount to be determined at trial.

19. The damages Counterclaim Plaintiffs have suffered and continue to suffer include the cost of defending the various litigations brought by Counterclaim Defendant, including but not limited to legal fees in defending litigation, as well as forced diversion of resources away from other aspects of Counterclaim Plaintiffs' businesses. Counterclaim Plaintiffs have lost and continue to lose profits, their reputation, and their market.

20. Unless Counterclaim Defendant is enjoined, Counterclaim Defendant will continue to engage in the exclusionary conduct alleged above. Unless and until the Court enjoins such acts, practices, and conduct, Counterclaim Plaintiffs are suffering and will continue to suffer irreparable injury.

**COUNTERCLAIM III - TORTIOUS INTERFERENCE - INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE (15 U.S.C. § 1125(a))**

21. Counterclaim Plaintiffs incorporate by reference Paragraphs 1–20 above.

22. Counterclaim Plaintiffs had a reasonable expectancy of entering into a valid business relationship.

23. Counterclaim Plaintiffs both operated online marketplace platforms for the purposes of entering into valid business relationships with consumers looking for products, including but not limited to customizable apparel, across the United States and globe.

24. Counterclaim Plaintiff Firegemss previously entered into the following valid business relationships with consumers for products Counterclaim Defendant claims were infringing:

| Order Information | Product Name | Style | Customized information | Product Price | Quantity sold |
|---|---|---|---|---|---|
| 1007580-00063277 | Couple Memorial Embroidery Gift Sweatshirt | T-shirt | on Sleeve |$3.99","_mimikyu_price_Add Text on Sleeve?":"3.99","Add Text on Sleeve":" | 41.88 | 1 |
| 1007580-00057731 | Custom Embroidered Couple Ghost Sweatshirt | T-shirt | lue","Add Text on Sleeve?":"No.thanks","Choose Thread Color":"White","Production Sty | 29.9 | 1 |
| 1007580-00056574 | Custom Embroidered Couple Ghost Sweatshirt | Sweatshirt | iy","Add Text on Sleeve?":"No.thanks","Choose Thread Color":"Brown","Production Styl | 39.9 | 1 |
| 1007580-00046582 | Couple Memorial Embroidery Gift Sweatshirt | Sweatshirt | 'Add your roman numer":"20190802","Add Text on Sleeve?":"No.thanks","Choose Threa | 39.9 | 1 |
| 1007580-00046582 | Custom Embroidered Couple Ghost Sweatshirt | T-shirt | No.thanks","Choose Thread Color":"Beige","Production Style":"Embroidery |$2.99","_mi | 32.89 | 1 |
| 1007580-00028916 | Custom Embroidered Couple Ghost Sweatshirt | Hoodie | 5","Add Text on Sleeve":"His baby❤ ","Choose Thread Color":"Blue","Production Style' | 83.58 | 1 |
| 1007580-00028916 | Custom Embroidered Couple Ghost Sweatshirt | Hoodie | _Add Text on Sleeve?":"6.75","Add Text on Sleeve":"Her baby❤ ","Choose Thread Colo | 72.79 | 1 |

25. Counterclaim Plaintiff Firegemss had a reasonable expectancy to continue entering into valid business relationships with other, future consumers – including the identified repeat consumers - who were seeking the same products, as evidenced by Counterclaim Plaintiff Firegemss's maintenance of the product listings and marketplace, and previous business relationships entered for the same product(s).

26. Counterclaim Plaintiff Mytopcustom previously entered into the following valid business relationships with consumers for products Counterclaim Defendant claims were infringing:

| Order information | Product Name | Color | Size | Custom information | total cost | quantity |
|---|---|---|---|---|---|---|
| 1033598-00194403 | Personalized Bestie Blanket, Friend L | Light Blue | 60 x 75" | {"Custom name#1":"Panou","Home Style#1":"6","Custom name#2":"Shoplazza","Home Style#2":"9"} | 57.99 | 1 |
| 1033598-00194303 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"iris","Home Style#1":"2","Custom name#2":"sophie","Home Style#2":"7"} | 37.99 | 1 |
| 1033598-00194162 | Halloween Sweatshirt, Halloween Sv | Crewneck | Unisex M | {"Choose Color":"Navy"} | 36.99 | 1 |
| 1033598-00194162 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Ada","Home Style#1":"1","Custom name#2":"Anna","Home Style#2":"2"} | 37.99 | 1 |
| 1033598-00079810 | Personalized Bestie Blanket, Friend L | Green | 60 x 75" | {"Custom name#1":"Buttercup ","Home Style#1":"2","Custom name#2":"Chicken Butt ","Home Style#2":"4"} | 57.99 | 1 |
| 1033598-00078353 | Personalized Bestie Blanket, Friend L | Green | 50 x 63" | {"Custom name#1":"MONA","Home Style#1":"2","Custom name#2":"NEGRIS","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00065483 | Personalized Bestie Blanket, Friend L | Royal Blue | 60 x 75" | {"Custom name#1":"The Kromers","Home Style#1":"8","Custom name#2":"The Parkers","Home Style#2":"10"} | 57.99 | 1 |
| 1033598-00051213 | Personalized Bestie Blanket, Friend L | Royal Blue | 40 x 50" | {"Custom name#1":"Lisa ","Home Style#1":"12","Custom name#2":"Shannon ","Home Style#2":"5"} | 37.99 | 1 |
| 1033598-00034844 | Personalized Bestie Blanket, Friend L | Green | 50 x 63" | {"Custom name#1":"Lisha","Home Style#1":"12","Custom name#2":"Brandy","Home Style#2":"1"} | 46.99 | 1 |
| 1033598-00035749 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Emma","Home Style#1":"1","Custom name#2":"Danielle","Home Style#2":"12"} | 37.99 | 1 |
| 1033598-00035158 | Halloween Sweatshirt, Halloween Sv | Crewneck | Unisex L | {"Choose Color":"Green"} | 36.99 | 1 |
| 1033598-00025695 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Chas","Home Style#1":"2","Custom name#2":"Krista","Home Style#2":"5"} | 37.99 | 1 |
| 1033598-00023852 | Personalized Bestie Blanket, Friend L | Green | 60 x 75" | {"Custom name#1":"Bella ","Home Style#1":"5","Custom name#2":"Alexandra","Home Style#2":"9"} | 115.98 | 2 |
| 1033598-00023288 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Emma","Home Style#1":"1","Custom name#2":"Ms. Lauren","Home Style#2":"12"} | 37.99 | 1 |
| 1033598-00013177 | Personalized Bestie Blanket, Friend L | Pink | 50 x 63" | {"Custom name#1":"Lizeth ","Home Style#1":"5","Custom name#2":"Tanya","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00013168 | Personalized Bestie Blanket, Friend L | Pink | 50 x 63" | {"Custom name#1":"Lizeth ","Home Style#1":"5","Custom name#2":"Tanya","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00010106 | Personalized Bestie Blanket, Friend L | Light Blue | 40 x 50" | {"Custom name#1":"Andrea","Home Style#1":"1","Custom name#2":"Melissa","Home Style#2":"5"} | 37.99 | 1 |
| 1033598-00009739 | Personalized Bestie Blanket, Friend L | Green | 60 x 75" | {"Custom name#1":"Wooten","Home Style#1":"4","Custom name#2":"Bates","Home Style#2":"5"} | 57.99 | 1 |
| 1033598-00002913 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Darlene ","Home Style#1":"12","Custom name#2":"Marcie","Home Style#2":"1"} | 37.99 | 1 |
| 1033598-00002250 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Kerrin","Home Style#1":"2","Custom name#2":"Teri","Home Style#2":"4"} | 37.99 | 1 |
| 1033598-00002084 | Personalized Bestie Blanket, Friend L | Green | 50 x 63" | {"Custom name#1":"Cheryl","Home Style#1":"1","Custom name#2":"Karen","Home Style#2":"12"} | 46.99 | 1 |
| 1033598-00001932 | Personalized Bestie Blanket, Friend L | Light Blue | 60 x 75" | {"Custom name#1":"Megan ","Home Style#1":"12","Custom name#2":"Rosie","Home Style#2":"4"} | 57.99 | 1 |
| 1033598-00001829 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Linsey","Home Style#1":"9","Custom name#2":"Ainslie","Home Style#2":"11"} | 37.99 | 1 |
| 1033598-00001694 | Personalized Bestie Blanket, Friend L | Pink | 40 x 50" | {"Custom name#1":"Camilla","Home Style#1":"6","Custom name#2":"Melita","Home Style#2":"10"} | 37.99 | 1 |
| 1033598-00001497 | Personalized Bestie Blanket, Friend L | Light Blue | 40 x 50" | {"Custom name#1":"Sachi ","Home Style#1":"10","Custom name#2":"Sarah","Home Style#2":"2"} | 37.99 | 1 |
| total value | | | | | 1170.74 | |

27. Counterclaim Plaintiff Mytopcustom had a reasonable expectancy to continue entering into valid business relationships with other, future consumers – including the identified repeat consumers - who were seeking the same products, as evidenced by Counterclaim Plaintiff Mytopcustoms's maintenance of the product listings and marketplace, and previous business relationships entered for the same product(s).

28. Counterclaim Plaintiffs offered for sale and sold a myriad of other products, mainly apparel, on their respective marketplaces. Counterclaim Plaintiffs had a reasonable expectation of entering into valid business relationships with the same consumers who enjoyed their products and other consumers of like-mind who were searching for the same products based on Counterclaim Plaintiffs' previous sales, maintenance of product listings, and maintenance of an online marketplace designed to enter into business relationships with consumers looking for apparel products.

29. Counterclaim Defendant had knowledge of Counterclaim Plaintiffs expectancy to enter into valid business relationships with consumers looking for apparel, evidenced by Counterclaim Defendant seeking temporary injunction relief based on irreparable harm

caused by Counterclaim Plaintiffs' continued sale of products allegedly infringing their copyrights.

30. Counterclaim Defendant was aware of future sales and business relationships with consumers and sought to prevent future sales, which Counterclaim Defendant claimed would cause irreparable harm, through misrepresentation made to the Copyright Office, this Court, and PayPal.

31. Counterclaim Defendant's knowledge of Counterclaim Plaintiffs expectancy to enter into valid business relationships with consumers is evidenced by Plaintiff's Motion for TRO [Dkt. No. 4], where Counterclaim Defendant claimed "Defendants are selling unauthorized products that are direct copies or derivatives of Plaintiff's copyrighted design"; "Defendants' unauthorized conduct is done with the intent to generate profits by infringing and trading off the Plaintiff's valuable rights"; "Defendants facilitate sales by designs the Defendant Internet Stores so that they appear to unknowing consumers to be authorized online retailers"; "[t]o stop Defendants' infringing conduct, Plaintiff respectfully requests that this Court issue a temporary restraining order ordering"; "Defendants have been and continue to profit from the sale of Accused Products"; "Defendants' purposeful, intentional, and unlawful conduct is causing **and will continue** to cause irreparable harm"; and "[w]ithout the relief requested by Plaintiff's instant Motion, **Defendants' unlawful activity will continue unabated**, and Plaintiff and consumers will suffer irreparable harm."

32. Counterclaim Defendant participated in an intentional and unjustified interreference inducing the breach or termination of Counterclaim Plaintiffs' reasonable business relationships.

33. Counterclaim Defendant has inflicted intentional and unjustified interference with prospective economic advantage through misrepresentations made to the United States District Court for the Northern District of Illinois, including in the seeking and retention of a TRO and PI, to the United States Copyright Office, including the seeking and retention of predated copyright registration and lying under oath when submitting copyright applications, and to the public to bar the Counterclaim Plaintiffs from the continued sale of its established products.

34. This has caused intentional harm to Counterclaim Plaintiffs and acts as a causal connection between the Counterclaim Defendant's conduct and the actual harm to the Counterclaim Plaintiffs.

35. Counterclaim Defendant's misconduct served as a causal link to Counterclaim Plaintiffs' lost sales because the misconduct of Counterclaim Defendant, as alleged above, led to the issuance of four invalid and fraudulent copyright registrations. With knowledge of the invalid and fraudulent nature of the copyright registrations, Counterclaim Defendant used the United States District Court for the Northern District of Illinois, and in turn PayPal, to issue a temporary restraining order and preliminary injunction order which stopped Counterclaim Plaintiffs' ability to enter into valid business relationships through the freezing and disabling of Counterclaim Plaintiffs' financial accounts and marketplaces, the freezing of Counterclaim Plaintiffs' financial accounts to continue operation of Counterclaim Plaintiffs' marketplaces and product flow of purchasing inventory, paying marketplace platform fees to Shoplazza, and other common business expenses and needs.

36. Counterclaim Defendant was aware that a TRO would freeze Counterclaim Plaintiffs'

business, financial accounts, which would result in Counterclaim Plaintiffs' marketplaces becoming inoperable due to lack of cash flow needed to operate a business, which is evidenced by the statements made in Plaintiff's Motion for TRO [Dkt. No. 4].

37. Counterclaim Defendant's alleged misconduct at the Copyright Office led to four fraudulent and invalid Copyright registrations, which carry a rebuttable presumption of validity, which in turn induced this Court to issue an *Ex Parte* TRO and PI.

38. Counterclaim Defendant had knowledge copyright registrations carried a rebuttable presumption of validity.

39. Counterclaim Defendant understood the difficult nature to discredit a falsified creation and publication date of a registered copyright.

40. Counterclaim Plaintiffs, as a result of Counterclaim Defendant's interference, have suffered significant irreparable harm.

41. Counterclaim Plaintiffs' PayPal accounts were frozen due to Counterclaim Defendant's misconduct, where Counterclaim Plaintiffs were unable to withdraw money normally.

42. The asset freeze of Counterclaim Plaintiff Mytopcustom resulted in a total of $230,000 US dollars in funds being frozen for more than 3 months. Due to the inability to withdraw money, Counterclaim Plaintiff Mytopcustom had to switch the payment channel, and the intermediate loss could not be verified. Originally, the average monthly payment of Counterclaim Plaintiff Mytopcustom's PayPal was about $500,000 US dollars.

43. The asset freeze of Counterclaim Plaintiff Firegemss resulted in a total of $290,000 US dollars in funds being frozen for more than 3 months. Due to the inability to withdraw money, Counterclaim Plaintiff Firegemss had to switch the payment channel, and the intermediate loss could not be verified. Originally, the average monthly payment of

Counterclaim Plaintiff Firegemss' PayPal was about $500,000 US dollars.

44. Counterclaim Plaintiffs also were damaged by loss of future sales, inability to conduct normal course of business due to frozen PayPal accounts – affecting sales of all products connected to the respective accounts, inability to pay marketplace 'rent' or required fees to maintain the marketplace and URLs, and loss of reputation due to the site becoming inoperable.

45. Counterclaim Plaintiffs have no adequate remedy at law and, if Counterclaim Defendant's actions are not enjoined, Counterclaim Plaintiffs will continue to suffer irreparable harm to their reputation, goodwill of their brands, and ongoing direct economic harm due to the continued bar of their products from sale.

## PRAYER FOR RELIEF

WHEREFORE, Defendant/Counterclaim Plaintiffs respectfully request the following relief:

a) that the Court adjudge and decree that the unlawful conduct alleged herein constitutes a violation of Illinois common law;

b) that the Court grant permanent injunctive relief based on Counterclaim Defendant's unfair competition in violation of the common law of Illinois;

c) that the Court award compensatory damages to Counterclaim Plaintiffs for Counterclaim Defendant's unfair competition in violation of the common law of the State of Illinois;

d) that the Court award damages to Counterclaim Plaintiffs for Counterclaim Defendant's intentional interference with prospective economic advantage;

e) that the Court grant a declaratory judgment that the Alleged Copyrights are invalid;

f) that the Court award attorneys' fees and costs to Counterclaim Plaintiffs; and

g) any further relief as may be necessary and appropriate.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Defendants/Counterclaim Plaintiffs request trial by jury on all issues so triable.

Dated: November 15, 2024   Respectfully submitted,

/s/ Ge (Linda) Lei
Getech Law LLC
203 N LaSalle Street, Suite 2100,
Chicago, Illinois 60601
T: (312) 888 – 6633
Linda.lei@getechlaw.com
Attorney for Defendant Firegemss
and Defendant mytopcustom

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Ge (Linda) Lei
Ge (Linda) Lei