UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lele Zhang,<br><br>   *Plaintiff*,<br><br>v.<br><br>Firegemss and Mytopcustom,<br><br>   *Defendants*. | **CASE NO.** 1:24-cv-4103 |

# JOINT STATUS REPORT

Plaintiff, Lele Zhang ("Plaintiff") and Defendants Firegemss and Mytopcustom (collectively as "Defendants"), pursuant to the Court's Order [Dkt. 61] submits the following Joint Status Report.

On November 17, 2024, the Court requested the parties to file a joint status report with a proposed discovery schedule. Dkt. 61. Plaintiff is currently in the process of retaining new counsel to replace his current attorneys. Accordingly, Plaintiff and Defendants jointly and respectfully request that the Court grant a two-week extension to submit the proposed discovery schedule.

Date: November 15, 2024

/s/ Wei Wang
Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529,
New York, NY 10010
wei.wang@glacier.law
332-777-7315
***Attorney for Plaintiff***

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC

1

203 N LaSalle St
Suite 2100
Chicago, IL 60601
Tel.: 312-888-6633
Attorney No. 6313341
linda.lei@getechlaw.com
***ATTORNEY FOR DEFENDANTS***

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 15, 2024, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system.

| Date: November 15, 2024 | /s/ Wei Wang |
|---|---|
| | Wei Wang, Esq. |