UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG,<br><br>      Plaintiff,<br><br>  v.<br><br>FIREGEMSS AND MYTOPCUSTOM,<br><br>      Defendants. | Case No.: 1:24-cv-04103<br><br>**Hon. Georgia N Alexakis** |

**PLAINTIFF'S MOTION FOR ORDER TO RELEASE TRO BOND**

Under the Court's May 23, 2024 Temporary Restraining Order (Dkt. 10), Plaintiff posted a $10,000 injunction bond (TRO Bond) with the Court on June 17, 2024.

On June 27, 2025, the Court entered a default judgment against all defendants, and the case is now closed (Dkt. 101); thus, the Court is respectfully requested to release the TRO Bond.

///

///

///

///

Date: January 10, 2026          Respectfully submitted,

         /s/ Zheng "Andy" Liu
         Zheng "Andy" Liu (CBN 279327)
         *Aptum Law*
         1660 S Amphlett Blvd Suite 315
         San Mateo, CA 94402
         Email: Andy.Liu@AptumLaw.us
         Phone: 650-475-6289

         *ATTORNEY FOR PLAINTIFF*