UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG,<br><br>      Plaintiff,<br><br>  v.<br><br>FIREGEMSS AND MYTOPCUSTOM,<br><br>      Defendants. | Case No.: 1:24-cv-04103<br><br>**Hon. Georgia N Alexakis** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, January 15, 2026, at 9:30 a.m., Plaintiff, by its undersigned counsel, shall appear by telephone before the Honorable Georgia N Alexakis in Courtroom 1719 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Order to Release Temporary Restraining Order Bond.

///

///

///

///

Date: January 10, 2026          Respectfully submitted,

<p style="margin-left: 40%;">
/s/ Zheng "Andy" Liu<br>
Zheng "Andy" Liu (CBN 279327)<br>
***Aptum Law***<br>
1660 S Amphlett Blvd Suite 315<br>
San Mateo, CA 94402<br>
Email: Andy.Liu@AptumLaw.us<br>
Phone: 650-475-6289<br>
<br>
*ATTORNEY FOR PLAINTIFF*
</p>