UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG, <br><br> Plaintiff, <br><br> v. <br><br> FIREGEMSS AND MYTOPCUSTOM, <br><br> Defendants. | Case No.: 24-cv-04103 |

### ORDER RELEASING PLAINTIFF'S TRO BOND

Under the May 23, 2024 Temporary Restraining Order (Dkt. 10), Plaintiff posted a $10,000 cash bond (TRO Bond) with the Court on June 17, 2024.

On June 27, 2025, the Court entered a default judgment in favor of Plaintiff against both Defendants, and the case is now closed (Dkt. 101); the Court thus orders that the $10,000 cash bond, plus any accrued interest, be released to the Plaintiff's Counsel at the following mailing address:

1

Zheng Liu,<br>
Counsel for Plaintiff Lele Zhang<br>
750 Alma Lane #8244<br>
Foster City, CA 94404.

Date: January __12__, 2026

                                       IT IS SO ORDERED.

                                       _____

                                       Georgia N. Alexakis<br>
                                       United States District Judge