# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>FIREGEMSS AND MYTOPCUSTOM,<br><br>Defendants. | Case No.: 1:24-cv-04103<br><br>**Hon. Georgia N Alexakis** |

## DECLARATION OF ZHENG LIU IN SUPPORT OF
## PLAINTIFF COPYRIGHT OWNER'S MOTION FOR
## <u>REASONABLE ATTORNEY'S FEES AND COST</u>

Pursuant to 28 U.S.C. § 1746, I, Zheng Liu, submit this Declaration in Support of Plaintiff Copyright Owner's Motion for Reasonable Attorney's Fees and Cost.

1. I am the counsel of record for Plaintiff Lele Zhang in the matter captioned Zhang v. Firegemss et al., No. 24-cv-4103 (NDIL filed May 18, 2024). The following statements are based on my personal knowledge, and I am competent to testify to the matters stated herein.

2. On May 18, 2024, Plaintiff copyright owner filed a copyright infringement complaint against Defendant Chinese Resellers Firegemss and

Mytopcustom. Dkt. 1.

3. On May 23, 2024, Plaintiff earned a TRO (Dkt. 10); after extensive briefing from all parties (Dkts. 18-20, 2, 28-36, 47-49), Plaintiff earned a preliminary injunction against Defendants Firegemss and Mytopcustom on two copyrighted designs. Dkt. 50.

4. On June 27, 2024, Defendant Chinese Resellers answered and counterclaimed against Plaintiff copyright owner. Dkt. 31.

5. On November 15, 2024, Defendant Chinese Resellers filed amended counterclaims against Plaintiff copyright owner. Dkt. 62.

6. On November 23, 2024, the undersigned counsel substituted into this case as counsel for Plaintiff copyright owner, replacing the previous law firm Glacier Law LLP. Dkts. 66-70.

7. Between December 2024 and April 2025, the parties exchanged extensive discovery, and Defendant Chinese Resellers filed various motions to compel discovery because Defendant Chinese Resellers would not agree to a three-day extension to serve updated discovery responses. Dkts. 75-79. Judge Gilbert denied all Defendant Chinese Resellers' motions to compel.

8. Between April and May 2025, Defendant Chinese Resellers attempted several times to proceed pro se, claiming to be sole proprietorships. Dkts. 82-91.

9. Later, the Court found that Defendant Chinese Resellers were Chinese corporations who could not proceed pro ser. Dkt. 91. The Court gave Defendant Chinese Resellers multiple opportunities to obtain counsel, but Defendants elected to default in this case. Dkts. 82-91.

10. The Court entered a default judgement against Defendant Chinese Resellers, award $25,000 damages against each defendant. Dkt. 103.

11. To date, Defendant Chinese Resellers have not paid any judgment amount.

12. Defendants defaulted as soon as Plaintiff Copyright Owner propounded discovery requests on these counterclaims.

13. The undersigned is licensed in the State of California (Bar Number 279327) and have practiced for more than 15 years before state courts in California, Illinois, and New York, as well as the following federal courts: Northern District of California, Southern District of California, Central District of California, Eastern District of California, Southern District of New York, Eastern District of New York, Eastern District of Louisiana, Southern District of Florida, Middle District of Florida Northern District of Illinois, Western District of Pennsylvania, District of Wyoming, District of Colorado, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Seventh Circuit, and U.S. Court of Appeals for the Federal Circuit.

14. A true and correct copy of the attorney's fees and cost invoice provided by the Glacier Law LLP is attached hereto as **Exhibit A**.

15. A true and correct copy of the attorney's fees and cost invoice provided by the undersigned's law firm is attached hereto as **Exhibit B**.

Date: February 4, 2026                     Respectfully submitted,


                                           /s/ Zheng "Andy" Liu
                                           Zheng "Andy" Liu

**Certificate of Service**

I hereby certify that on February 4, 2026, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e- mail that includes a link to said website to the e-mail addresses below:

| Name / Seller Alias | Email Address |
|---|---|
| Firegemss | daitianyou0506@gmail.com |
| Mytopcustom | ageelouis313@gmail.com<br>756667575@qq.com |

Dated: February 4, 2026　　　　　　　　　　/s/ Oscar Lam　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Oscar Lam