# EXHIBIT A



# INVOICE

Invoice # 51
Date: 06/02/2024
Due On: 07/01/2024

# GLACIER LAW LLP

251 S Lake Avenue, Suite 910
Pasadena, CA 91101

LELE ZHANG

## ILND-24-cv-4103-Lele Zhang v. Firegemss et al

| Type | Date | Notes | Hours | Rate | Total |
|------|------|-------|-------|------|-------|
| Service | 05/16/2024 | draft complaint | 5.31 | $450.00 | $2,389.50 |
| Service | 05/18/2024 | draft the complaint, motion for TRO and alternate service | 8.31 | $450.00 | $3,739.50 |
| Expense | 05/18/2024 | Filing Fee: Filing Fee | 1.00 | $405.00 | $405.00 |
| Service | 05/20/2024 | prepare the notice of presentment and propsoed orders and file | 0.91 | $450.00 | $409.50 |
| Service | 05/23/2024 | prepare the hearing. looking for the shopify and palpay email, request for summons | 2.96 | $450.00 | $1,332.00 |
| Expense | 05/28/2024 | Reimbursable expenses: mail the bond to the court | 1.00 | $48.00 | $48.00 |
| Expense | 05/28/2024 | Reimbursable expenses: TRO BOND | 1.00 | $10,000.00 | $10,000.00 |
| Service | 05/30/2024 | research shopify's information and prepare the motion to extend TRO and file | 2.31 | $450.00 | $1,039.50 |

**Total** **$19,363.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 51 | 07/01/2024 | $19,363.00 | $0.00 | $19,363.00 |

**Outstanding Balance** **$19,363.00**

Invoice # 51 - 00114 - 06/02/2024

**Total Amount Outstanding**  **$19,363.00**

Please make all amounts payable to:
Bank Name: JPMorgan Chase Bank, N.A.
Account Name: GLACIER LAW LLP
Routing Number: 021000021
Account Number: **788522610**
Bank Address: 390 Madison Avenue, New York, NY 10017
Account Address: 41 Madison Avenue, Suite 2529, New York, NY 10010
SWIFT (International Wire): CHASUS33

Please pay within 29 days.