# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LELE ZHANG, | Case No.: 1:24-cv-04103 |
| Plaintiff, | **Hon. Georgia N Alexakis** |
| v. | |
| FIREGEMSS AND MYTOPCUSTOM, | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Monday, February 9, 2026, at 9:30 a.m., Plaintiff, by its undersigned counsel, shall appear by telephone before the Honorable Georgia N Alexakis in Courtroom 1719 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Reasonable Attorney's Fees and Costs.

///

///

///

///

Date: February 4, 2026                    Respectfully submitted,


                                                      /s/ Zheng "Andy" Liu
                                                      Zheng "Andy" Liu (CBN 279327)
                                                      *Aptum Law*
                                                      1660 S Amphlett Blvd Suite 315
                                                      San Mateo, CA 94402
                                                      Email: Andy.Liu@AptumLaw.us
                                                      Phone: 650-475-6289

                                                      *ATTORNEY FOR PLAINTIFF*

**Certificate of Service**

I hereby certify that on February 4, 2026, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e- mail that includes a link to said website to the e-mail addresses below:

| **Name / Seller Alias** | **Email Address** |
|---|---|
| Firegemss | daitianyou0506@gmail.com |
| Mytopcustom | ageelouis313@gmail.com<br>756667575@qq.com |

Dated: February 4, 2026 /s/ Oscar Lam
Oscar Lam