UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LELE ZHANG,<br><br>       Plaintiff,<br><br>v.<br><br>FIREGEMSS and MYTOPCUSTOM,<br><br>       Defendants. | Case No.: 1:24-cv-04103<br><br>**Hon. Georgia N Alexakis** |

**NOTICE OF SETTLEMENT WITH DEFENDANT MYTOPCUSTOM**

Please take notice that Plaintiff Copyright Owner has settled the attorney fee issue (dkt. 108) with Defendant MYTOPCUSTOM on February 7, 2026. The parties are finalizing a settlement agreement and payment transfer.

The attorney fee motion remains outstanding with respect to Defendant FIREGEMSS.

Dated: February 9, 2026                       Respectfully submitted,

                                                          By: /s/ Zheng "Andy" Liu
                                                          Zheng "Andy" Liu
                                                          *Aptum Law*
                                                          1660 South Amphlett Blvd. Suite 315
                                                          San Mateo, CA 94402
                                                          Tel.: (650) 475-6289
                                                          Email: Andy.Liu@AptumLaw.us

                                                          *Counsel for Plaintiff Lele Zhang*

1

## Certificate of Service

I hereby certify that on February 9, 2026, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e- mail that includes a link to said website to the e-mail addresses below:

| Name / Seller Alias | Email Address |
|---|---|
| Firegemss | daitianyou0506@gmail.com |
| Mytopcustom | ageelouis313@gmail.com<br>756667575@qq.com |

Dated: February 9, 2026  /s/ Oscar Lam
  Oscar Lam