# EXHIBIT A



# INVOICE

Invoice # 51
Date: 06/02/2024
Due On: 07/01/2024

## GLACIER LAW LLP

251 S Lake Avenue, Suite 910
Pasadena, CA 91101

LELE ZHANG

## ILND-24-cv-4103-Lele Zhang v. Firegemss et al

| Type | Date | Notes | Hours | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/16/2024 | draft complaint | 5.31 | $450.00 | $2,389.50 |
| Service | 05/18/2024 | draft the complaint, ~~motion for TRO~~ and alternate service <span style="color:red">Reducing the attorney's time by half to 4.1 hours, resulting in a reduced attorney's fee of **$1845.**</span> | ~~8.31~~ | $450.00 | ~~$3,739.50~~ |
| Expense | 05/18/2024 | Filing Fee: Filing Fee | 1.00 | $405.00 | $405.00 |
| Service | 05/20/2024 | prepare the notice of presentment and propsoed orders and file | 0.91 | $450.00 | $409.50 |
| Service | 05/23/2024 | prepare the hearing. looking for the shopify and palpay email, request for summons | 2.96 | $450.00 | $1,332.00 |
| Expense | 05/28/2024 | Reimbursable expenses: mail the bond to the court | 1.00 | $48.00 | $48.00 |
| ~~Expense~~ | ~~05/28/2024~~ | ~~Reimbursable expenses: TRO BOND~~ | ~~1.00~~ | ~~$10,000.00~~ | ~~$10,000.00~~ |
| Service | 05/30/2024 | research shopify's information and prepare the motion to extend TRO and file | 2.31 | $450.00 | $1,039.50 |

Total $19,363.00

**Reduced total attorney's fees = $3910.50**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 51 | 07/01/2024 | $19,363.00 | $0.00 | $19,363.00 |
| | | | **Outstanding Balance** | **$19,363.00** |

Invoice # 51 - 00114 - 06/02/2024

**Total Amount Outstanding**     **$19,363.00**

Please make all amounts payable to:
Bank Name: JPMorgan Chase Bank, N.A.
Account Name: GLACIER LAW LLP
Routing Number: 021000021
Account Number: **788522610**
Bank Address: 390 Madison Avenue, New York, NY 10017
Account Address: 41 Madison Avenue, Suite 2529, New York, NY 10010
SWIFT (International Wire): CHASUS33

Please pay within 29 days.