# EXHIBIT B



# INVOICE

Invoice # 377
Date: 02/03/2026
Due Upon Receipt

## Aptum Law

1660 South Amphlett Blvd., Suite 315
San Mateo, CA 94402
United States
Phone: 6504756289
Email: Andy.Liu@aptumlaw.us

Lele Zhang

### 00589-Zhang

### ilnd-1:2024-cv-04103

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/22/2024 | Review case files ~~and pleadings filed for TRO and preliminary iunjunction;~~ communicate with client re case strategy. <br>***Reducing the total attorney time by half to 2.3 hours, resulting in a reduced attorney fees of $920.*** | ~~4.00~~ | ~~$400.00~~ | ~~$1,840.00~~ |
| Service | 12/11/2024 | Draft and file Attorney appearances for Andy Liu and Tina Jin; ~~draft and file answer to counterclaim,~~ and joint status report; communicate with opposing attorney Linda Lei. re joint status report. <br>***Reducing the total attorney time by 2 hours, resulting in a reduced attorney fees of $495.*** | 3.10 | $450.00 | $1,395.00 |
| Service | 12/18/2024 | Review court's scheduling order and communicate with client re same. | 1.30 | $450.00 | $585.00 |
| Service | 12/22/2024 | Draft and serve Plaintiff's initial disclosure. | 0.60 | $450.00 | $270.00 |
| Service | 01/03/2025 | Review Defendant's initial disclosure. | 0.20 | $450.00 | $90.00 |
| Service | 01/22/2025 | Preliminary review ofDefendants' First Set of Discovery Requests. | 0.60 | $450.00 | $270.00 |
| Service | 02/06/2025 | Communicate with client re discovery responses; prepare discovey response for production. | 3.90 | $450.00 | $1,755.00 |
| Service | 02/19/2025 | Revise discovey responses and review documents produced by client for production. | 4.30 | $450.00 | $1,935.00 |
| Service | 02/21/2025 | Finalize and serve discovey responses and responsive documents. | 2.40 | $450.00 | $1,080.00 |
| Service | 02/24/2025 | Respond to defendants' discovery "deficiency" letter. | 0.40 | $450.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/28/2025 | Various communications with opposing attorney re discovery meet and confer. | 0.50 | $450.00 | $225.00 |
| Service | 03/03/2025 | Prepare for and attend discovery meet and confer letter by Zoom; review revised discovery requests by two defendants. | 0.90 | $450.00 | $405.00 |
| Service | 03/25/2025 | Review defendants' motion to compel discovery responses. | 0.60 | $450.00 | $270.00 |
| Service | 03/26/2025 | Review minute order on defendants' motion to compel discovery responses. | 0.10 | $450.00 | $45.00 |
| Service | 03/31/2025 | Draft and file joint status report and communicate with opposing counsel re same. | 0.80 | $450.00 | $360.00 |
| Service | 04/02/2025 | Draft and file response to defendants' motion to compel further responses. | 1.20 | $450.00 | $540.00 |
| Service | 04/03/2025 | Review minute order on defendants' motion to compel further responses and communicate with client re same. | 0.30 | $450.00 | $135.00 |
| Service | 04/04/2025 | Communicate with clerk and opposing attorney re opposing attorney's request to reschedule hearing | 0.20 | $450.00 | $90.00 |
| Service | 04/16/2025 | Review defense attorney's motion to withdraw and supporting documents, and discuss with client re same. | 0.90 | $450.00 | $405.00 |
| Service | 04/17/2025 | Review minute order re motion to withdraw filed by counsel for defendants Firegemss and Mytopcustom | 0.10 | $450.00 | $45.00 |
| Service | 04/18/2025 | Draft and serve six sets of discovey requests on both defendants. | 4.60 | $450.00 | $2,070.00 |
| Service | 04/21/2025 | Review Judge Gilbert's minute order re rescheduling in view of motion to withdraw; communicate with the clerk re dial-in number. | 0.30 | $450.00 | $135.00 |
| Service | 04/22/2025 | Review minute entry re motion to withdraw. | 0.10 | $450.00 | $45.00 |
| Service | 04/24/2025 | Prepare for and attend hearing on defendants' motion to withdraw as attorney and minute order re same; communicate with client re same. | 1.40 | $450.00 | $630.00 |
| Service | 04/25/2025 | Review pro se appearance form filed by Mytopcustom and court order re same. | 0.20 | $450.00 | $90.00 |
| Service | 05/02/2025 | Review Judge Gilbert's rescheduling order and communicate with client re same. | 0.20 | $450.00 | $90.00 |
| Service | 05/29/2025 | Review Judge Alexakis' order re further proceedings. | 0.20 | $450.00 | $90.00 |
| Service | 06/02/2025 | Draft, file, and serve response re Defendant's corporation status and requests for default. | 2.10 | $450.00 | $945.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/10/2025 | Draft, file, and serve a motion for extension of time. | 0.60 | $450.00 | $270.00 |
| Service | 06/10/2025 | Multiple follow ups with defendants re upcoming default. | 0.30 | $450.00 | $135.00 |
| Service | 06/12/2025 | Review Judge Gilbert's rescheduling order. | 0.10 | $450.00 | $45.00 |
| Service | 06/16/2025 | Draft and file motion for entry of default. | 0.40 | $450.00 | $180.00 |
| Service | 06/17/2025 | Draft and file motion for default judgment and supporting declaration and memo. | 3.80 | $450.00 | $1,710.00 |
| Service | 06/24/2025 | Draft and lodge a proposed default judgment. | 0.40 | $450.00 | $180.00 |
| Service | 06/27/2025 | Review final judgment and communicate with client re same. | 0.90 | $450.00 | $405.00 |
| Service | 06/30/2025 | Review copyright report. | 0.10 | $450.00 | $45.00 |
| Service | 01/09/2026 | Draft and file motion to release bond and supporting documents; communicate with client re same. | 1.40 | $450.00 | $630.00 |
| Service | 01/09/2026 | Draft and file motion to release bond and supporting documents; communicate with client re same. | 0.90 | $450.00 | $405.00 |

| | |
|---|---|
| Total | $20,020.00 |
| Payment (02/03/2026) | -$20,000.00 |
| Balance Owing | $20.00 |

**Reduced total = $18,625.00**

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 377 | 02/03/2026 | $20,020.00 | $20,000.00 | $20.00 |
| | | | Outstanding Balance | $20.00 |
| | | | Total Amount Outstanding | $20.00 |

Please make all amounts payable to: Aptum Law

Payment is due upon receipt.