# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Lele Zhang

                      Plaintiff,

v.                                                 Case No.: 1:24−cv−04103
                                                         Honorable Georgia N. Alexakis

Firegemss, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

       MINUTE entry before the Honorable Georgia N. Alexakis: Motion hearing held on 2/9/2026. For the reasons stated on the record, the Court denies Plaintiff's motion for attorneys' fees [108] without prejudice. Plaintiff shall file an amended motion for attorneys' fees by 2/11/2026 and the amended motion shall be briefed as follows: response is due by 2/25/2026; any reply shall be filed by 3/4/2026. The Court will rule by CM/ECF.The Plaintiff shall electronically serve a copy of the amended motion for attorneys' fees and a copy of this minute order to Defendant Firegemss and file a proof of service on the docket. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.