UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LELE ZHANG,<br><br>       Plaintiff,<br><br>v.<br><br>FIREGEMSS and MYTOPCUSTOM,<br><br>       Defendants. | Case No.: 1:24-cv-04103<br><br>**Hon. Georgia N Alexakis** |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on February 10, 2026, I, or someone acting under my direction, served a copy of the following:

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF COPYRIGHT OWNER'S MOTION FOR REASONABLE ATTORNEY'S FEES AND COST**

**DECLARATION OF ZHENG LIU**

**MINUTE ORDER (DKT. 113)**

upon all Defendants by emailing the same to all Defendants' email addresses on record.

///

///

///

1

Dated: February 10, 2026                                        Respectfully submitted,

By: /s/ *Zheng "Andy" Liu*
Zheng "Andy" Liu
***Aptum Law***
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Counsel for Plaintiff Lele Zhang*

**Certificate of Service**

I hereby certify that on February 10, 2026, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e- mail that includes a link to said website to the e-mail addresses below:

| Name / Seller Alias | Email Address |
|---|---|
| Firegemss | daitianyou0506@gmail.com |
| Mytopcustom | ageelouis313@gmail.com<br>756667575@qq.com |

Dated: February 10, 2026                  /s/ Oscar Lam
                                                                         Oscar Lam