**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Lele Zhang

               Plaintiff,

v.

                                        Case No.: 1:24–cv–04103

                                        Honorable Georgia N. Alexakis

Firegemss, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

        MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying Order, the Court denies Plaintiff's amended motion for attorneys' fees and costs against defendant Firegemss in the amount of $11,494.25 [112]. Enter Order. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.