UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LELE ZHANG, | Case No.: 1:24-cv-04103 |
| Plaintiff, | **Hon. Georgia N Alexakis** |
| v. | |
| FIREGEMSS and MYTOPCUSTOM, | |
| Defendants. | |

**NOTICE OF SATISFACTION OF JUDGMENT**

On June 2, 2025, the District Court entered a judgement in favor of Plaintiff Zhang against Defendants Mytopcustom and Firegemss. (Docket No. 101.)

On May 2, 2026, Defendant Mytopcustom has paid to Plaintiff Lele Zhang the amount ordered by the district court and have fully satisfied this judgment.

Dated: May 4, 2026                    Respectfully Submitted,

/s/Zheng Liu
Zheng "Andy" Liu (SBN 297327)
**Aptum Law**
1660 S Amphlett Blvd, Suite 315
San Mateo, CA 94402
Tel: (650)475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I am a clerk to Attorney Zheng Liu, and I hereby certify that on the May 4, 2026, I electronically filed the above-identified document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court.

I also emailed a copy of the above-identified document to Defendants Mytopcustom and Firegemss at their following authorized email addresses:

**Defendants Mytopcustom**
Liang Sun, Operations
ageelouis313@gmail.com
756667575@qq.com

**Defendants Firegemss**
Tianyou Dai, Operations
daitianyou0506@gmail.com

/s/ Tzuyu Hung
_____
Tzuyu Hung